FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

May 05, 2022

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| DAMIEN A. V., <br><br> Plaintiff, <br><br> v. <br><br> COMMISSIONER OF SOCIAL SECURITY, <br><br> Defendant. | NO: 1:21-CV-3124-RMP <br><br> ORDER GRANTING PARTIES' STIPULATED MOTION TO REMAND |

BEFORE THE COURT is the parties' Stipulated Motion to Remand pursuant to sentence four of 42 U.S.C. § 405(g).  ECF No. 14.  Plaintiff Damien A. V.[1] is represented by attorney D. James Tree.  The Commissioner of Social Security is represented by Special Assistant United States Attorney L. Jamala Edwards.

After consideration, **IT IS HEREBY ORDERED** that the parties' Stipulated Motion for Remand, **ECF No. 14**, is **GRANTED**.  Pursuant to the parties'

---

[1] The Court uses Plaintiff's first name and last initial to protect his privacy.

ORDER GRANTING PARTIES' STIPULATED MOTION TO REMAND ~ 1

stipulation, the Commissioner's final decision is **reversed and remanded** for further proceedings pursuant to sentence four of 42 U.S.C. §405(g).  Upon remand to the Commissioner of Social Security, the Appeals Council will direct the Administrative Law Judge ("ALJ") to:

- further develop the record;
- reevaluate the opinion evidence of record and prior administrative medical findings;
- reevaluate whether the severity of Plaintiff's impairments meets or medically equals the criteria of a listed impairment;
- obtain evidence from a medical expert to clarify the nature, severity, and effects of the claimant's medical impairments;
- reevaluated Plaintiff's subjective symptoms, including evidence from non-medical sources;
- reevaluate Plaintiff's maximum residual functional capacity;
- determine whether Plaintiff is able to do any other work considering his assigned residual functional capacity, age, education, and work experience;
- if necessary, obtain supplemental vocational expert evidence to clarify the effect of the assessed limitations on Plaintiff's ability to perform other work available in significant numbers in the national economy; and
- Offer Plaintiff the opportunity for a hearing, consider any additional evidence submitted, take any further action needed to complete the administrative record, and issue a new decision.

See ECF No. 14 at 1–2.

ORDER GRANTING PARTIES' STIPULATED MOTION TO REMAND ~ 2

Upon proper presentation, this Court will consider Plaintiff's application for costs and attorney's fees under 28 U.S.C. §§ 1920, 2412(d).

**IT IS FURTHER ORDERED** that Plaintiff's Motion for Summary Judgment, **ECF No. 11**, is **DENIED AS MOOT**.

**IT IS SO ORDERED.** The District Court Clerk is directed to enter this Order, provide copies to counsel, enter judgment in favor of Plaintiff, and **close the file**.

**DATED** May 5, 2022.

                                      *s/ Rosanna Malouf Peterson*
                                  ROSANNA MALOUF PETERSON
                                  Senior United States District Judge